ROSE WALSH, Appellant, *v.* EMIGRANT INDUSTRIAL SAVINGS BANK et al., as Executors of BRIDGET COLL, Deceased, Respondents.

*Trust — decedent's estate — savings bank deposit in trust for another — when trust revoked by making of will disposing of money deposited.*

*Walsh* v. *Emigrant Industrial Savings Bank*, 192 App. Div. 908, affirmed.

(Argued January 27, 1922; decided February 28, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1920, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was brought to impress a trust upon a savings bank deposit. On January 8, 1903, respondent executors' testatrix, Bridget Coll, opened an account with the respondent bank in the following manner, viz., " Bridget Coll for sister Rose," and thereafter said Bridget Coll made further deposits in said account. The decedent, Bridget Coll, at various times drew money from said account personally and at the date of the death of said Bridget Coll, which occurred on July 31, 1917, there was a balance in said account amounting to $3,000 and interest from January 1, 1917. The record showed that said passbook was in the possession of the decedent, Bridget Coll, prior to and at the time of her death, and

there was no evidence in the case that the book at any time had been in the possession of the plaintiff, and there was no evidence of notice to the plaintiff of the establishment of said account. It was conceded that a tentative trust had been created in favor of plaintiff but contended that said trust was subsequently revoked by the making of a will by testatrix by which she disposed of all of the money so deposited. The trial court so found.

*Joseph H. Hayes* and *Leonard F. Fish* for appellant.
*Harold C. Knoeppel* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Absent: MCLAUGHLIN, J.